UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 7 |
| | § | |
| MICHAEL J. CAMACHO | § | Case Number: 16-81234 |
| | § | |
| Debtor. | § | JUDGE THOMAS M. LYNCH |

## CERTIFICATE OF SERVICE

The undersigned certifies that on __December 15__, 2016, she served upon all persons to whom it is directed via electronic communication as indicated below and by United States Mail as indicated on the attached service list, a copy of the Notice of Trustee's Final Report.

Attorney Jeffry A. Dahlberg
5130 North Second Street
Loves Park, IL 61111-5222

Patrick Layng
Office of the U.S. Trustee
780 Regent Street, Suite 304
Madison, WI 53715

/s/ Marti Maravich

Joseph D. Olsen, Trustee
Yalden, Olsen & Willette
1318 East State Street
Rockford, IL 61104-2228
815-965-8635
815-965-4573 (facsimile)

Michael Camacho
5538 Knollwood Road
Rockford, IL 61107

Amazon
c/o Synchrony Bank fka GE Capital
P.O. Box 105972
Atlanta, GA 30348-5972

Aspen Dental
1564 W Lane Rd
Machesney Park, IL 61115-1903

BMO Harris Bank
3800 Golf Road, Suite 300
Mail Code 5005
Rolling Meadows, IL 60008-4037

BMO Harris Bank
Attn: Kim Dunn
180 N. Executive Drive
Brookfield, WI 53005-6040

(p)BANK OF AMERICA
PO BOX 982238
EL PASO TX 79998-2238

Capital One
P.O. Box 30285
Salt Lake City, UT 84130-0285

Chase Credit Cards
P. O. Box 15298
Wilmington, DE 19850-5298

Citi Cards
P.O. Box 6500
Sioux Falls, SD 57117-6500

JC Penney
c/o Synchrony Bank fka GE Capital
P.O. Box 105972
Atlanta, GA 30348-5972

Kohl's
P.O. Box 3043
Milwaukee, WI 53201-3043

Kristin Camacho
525 Fairview Blvd #B
Rockford, IL 61107-4860

Lowe's
c/o Synchrony Bank fka GE Capital
P.O. Box 105972
Atlanta, GA 30348-5942

MOHELA
633 Spirit Drive
Chesterfield, MO 63005-1243

Macy's
Bankruptcy Dept
P.O. Box 8053
Mason, OH 45040-8053

Menard's
c/o Capital One Bank
P.O. Box 30258
Salt Lake City, UT 84130-0258

Midland Funding, LLC
P.O. Box 939069
San Diego, CA 92193-9069

National Recovery Agency
2491 Paxton St
Harrisburg, PA 17111-1036

PayPal
c/o Synchrony Bank fka GE Capital
P.O. Box 105972
Atlanta, GA 30348-5972

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Sam's Club
c/o Synchrony Bank fka GE Capital
P.O. Box 105972
Atlanta, GA 30348-5972

Sears Card
P.O. Box 6283
Sioux Falls, SD 57117-6283

Tires Plus
c/o Credit First NA
P.O. Box 81315
Cleveland, OH 44181-0315

(p)TOYOTA MOTOR CREDIT CORPORATION
PO BOX 8026
CEDAR RAPIDS IA 52408-8026

Toys-R-Us Babies-R-Us
c/o Synchrony Bank fka GE Capital
P.O. Box 105972
Atlanta, GA 30348-5972

(p)US BANK
PO BOX 5229
CINCINNATI OH 45201-5229

U.S. Bank Card Service
P.O. Box 6335
Fargo, ND 58125-6335

U.S. Bank Hogan Loc
P.O. Box 6335
Fargo, ND 58125-6335

Wal-Mart
c/o Synchrony Bank fka GE Capital
P.O. Box 105972
Atlanta, GA 30348-5972

Wells Fargo Card Services
P.O. Box 10347
Des Moines, IA 50306-0347

Wells Fargo Home Mortgage
c/o Codilis & Associates
15W030 N Frontage Rd Suite 100
Burr Ridge, IL 60527-6921