**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: CAMACHO, MICHAEL J.         § Case No. 16-81234
                                    §
                                    §
Debtor(s)                           §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

JOSEPH D. OLSEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $42,425.00                Assets Exempt: $39,300.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $17,480.43    Claims Discharged
                                                Without Payment: $23,853.78

Total Expenses of Administration: $12,519.57

3) Total gross receipts of $ 45,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 15,000.00 (see **Exhibit 2**), yielded net receipts of $30,000.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $3,543.39 | $3,543.39 | $3,543.39 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 12,519.57 | 12,519.57 | 12,519.57 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 37,790.82 | 37,790.82 | 13,937.04 |
| **TOTAL DISBURSEMENTS** | $0.00 | $53,853.78 | $53,853.78 | $30,000.00 |

4) This case was originally filed under Chapter 7 on May 18, 2016. The case was pending for 9 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/16/2017         By: /s/JOSEPH D. OLSEN
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 915 Blenheim Drive, Rockford, IL 61108-0000, Win | 1110-000 | 45,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$45,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Michael Comacho | DEBTOR | 8100-002 | 15,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$15,000.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Winnebagao County Clerk | 4700-000 | N/A | 3,543.39 | 3,543.39 | 3,543.39 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$3,543.39** | **$3,543.39** | **$3,543.39** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH D. OLSEN | 2100-000 | N/A | 3,750.00 | 3,750.00 | 3,750.00 |
| JOSEPH D. OLSEN | 2200-000 | N/A | 497.28 | 497.28 | 497.28 |
| Attorney Joseph D Olsen | 3110-000 | N/A | 1,595.00 | 1,595.00 | 1,595.00 |
| Winnebago County Treasurer | 2820-000 | N/A | 2,485.81 | 2,485.81 | 2,485.81 |
| Alliance Title LLC of Rockford | 2500-000 | N/A | 330.00 | 330.00 | 330.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|
| Title Underwriter's Agency | 2500-000 | N/A | 142.50 | 142.50 | 142.50 |
| First American Title Insurance | 2500-000 | N/A | 50.00 | 50.00 | 50.00 |
| Title Underwriter's Agency | 2500-000 | N/A | 37.50 | 37.50 | 37.50 |
| State of Illinois | 2500-000 | N/A | 3.00 | 3.00 | 3.00 |
| Title Underwriter's Agency | 2500-000 | N/A | 150.00 | 150.00 | 150.00 |
| Keller Williams Realty Signature | 3510-000 | N/A | 1,800.00 | 1,800.00 | 1,800.00 |
| Pioneer Real Estate Services Inc | 3510-000 | N/A | 1,350.00 | 1,350.00 | 1,350.00 |
| Winnebago County Recorder | 2820-000 | N/A | 22.50 | 22.50 | 22.50 |
| Winnebago County Recorder | 2820-000 | N/A | 45.00 | 45.00 | 45.00 |
| Rock River Reclamation District | 2420-000 | N/A | 76.98 | 76.98 | 76.98 |
| City of Rockford Water Dept | 2420-000 | N/A | 108.11 | 108.11 | 108.11 |
| Service Plumbing | 2420-000 | N/A | 50.00 | 50.00 | 50.00 |
| Winnebago County Clerk | 2500-000 | N/A | 28.47 | 28.47 | 28.47 |
| Title Underwriter's Agency | 2500-000 | N/A | -28.47 | -28.47 | -28.47 |
| Rabobank, N.A. | 2600-000 | N/A | 25.89 | 25.89 | 25.89 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$12,519.57** | **$12,519.57** | **$12,519.57** |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 7 –GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | MIDLAND FUNDING LLC | 7100-000 | N/A | 2,400.57 | 2,400.57 | 885.32 |
| 2 | MIDLAND FUNDING LLC | 7100-000 | N/A | 1,735.46 | 1,735.46 | 640.03 |
| 3 | MIDLAND FUNDING LLC | 7100-000 | N/A | 1,630.75 | 1,630.75 | 601.41 |
| 4 | MIDLAND FUNDING LLC | 7100-000 | N/A | 597.91 | 597.91 | 220.51 |
| 5 | U.S. Bank National Association | 7100-000 | N/A | 5,554.89 | 5,554.89 | 2,048.61 |
| 6 | CREDIT FIRST NA | 7100-000 | N/A | 1,046.04 | 1,046.04 | 385.77 |
| 7 | Capital One NA | 7100-000 | N/A | 1,662.62 | 1,662.62 | 613.16 |
| 8 | Citibank, N.A. | 7100-000 | N/A | 1,806.20 | 1,806.20 | 666.12 |
| 9 | Synchrony Bank | 7100-000 | N/A | 3,298.27 | 3,298.27 | 1,216.38 |
| 10 | Comenity Capital Bank/Paypal Credit | 7100-000 | N/A | 4,790.79 | 4,790.79 | 1,766.82 |
| 11 | Wells Fargo Card Services | 7100-000 | N/A | 9,718.22 | 9,718.22 | 3,584.02 |
| 12 | Portfolio Recovery Associates, LLC | 7100-000 | N/A | 1,738.40 | 1,738.40 | 641.11 |
| 13 | Portfolio Recovery Associates, LLC | 7100-000 | N/A | 687.88 | 687.88 | 253.69 |
| 14 | Portfolio Recovery Associates, LLC | 7100-000 | N/A | 323.24 | 323.24 | 119.21 |
| 15 | Portfolio Recovery Associates, LLC | 7100-000 | N/A | 799.58 | 799.58 | 294.88 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $37,790.82 | $37,790.82 | $13,937.04 |

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 16-81234  
**Case Name:** CAMACHO, MICHAEL J.

**Trustee:** (330400) JOSEPH D. OLSEN  
**Filed (f) or Converted (c):** 05/18/16 (f)  
**§341(a) Meeting Date:** 06/23/16  

**Period Ending:** 02/16/17

**Claims Bar Date:** 09/29/16

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | | |
| 1 | 915 Blenheim Drive, Rockford, IL 61108-0000, Win | 61,791.00 | 0.00 | | 45,000.00 | FA |
| 2 | Checking: U.S. Bank | 500.00 | 0.00 | | 0.00 | FA |
| 3 | Misc. household goods and furnishings | 1,200.00 | 0.00 | | 0.00 | FA |
| 4 | 3 TV's 1 Laptop | 600.00 | 0.00 | | 0.00 | FA |
| 5 | Clothing and personal items | 500.00 | 0.00 | | 0.00 | FA |
| 6 | 401 (k): Interest in Fidelity | 22,000.00 | 0.00 | | 0.00 | FA |
| 7 | 2013 Chevrolet Cruise, 70,000 miles. Entire prop | 9,075.00 | 0.00 | | 0.00 | FA |
| 8 | 2013 Toyota Corolla, 52,000 miles. Entire proper | 8,550.00 | 0.00 | | 0.00 | FA |
| 8 | Assets Totals (Excluding unknown values) | **$104,216.00** | **$0.00** | | **$45,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   June 30, 2017      **Current Projected Date Of Final Report (TFR):**   December 14, 2016 (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 16-81234 | | Trustee: | JOSEPH D. OLSEN (330400) |
|---|---|---|---|---|
| Case Name: | CAMACHO, MICHAEL J. | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******1066 - Checking Account |
| Taxpayer ID #: | **-***6893 | | Blanket Bond: | $1,500,000.00 (per case limit) |
| Period Ending: | 02/16/17 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|---|
| 11/10/16 | | Title Underwriter's Agency | SALES PROCEEDS - REAL PROPERTY | | | 34,776.74 | | 34,776.74 |
| | {1} | Post Apple Properties LLC | SALES PROCEEDS - REAL PROPERTY | 45,000.00 | 1110-000 | | | 34,776.74 |
| | | Winnebago County Treasurer | 2016 property taxes | -2,485.81 | 2820-000 | | | 34,776.74 |
| | | Alliance Title LLC of Rockford | Owner's Title Insurance | -330.00 | 2500-000 | | | 34,776.74 |
| | | Title Underwriter's Agency | closing fee | -142.50 | 2500-000 | | | 34,776.74 |
| | | First American Title Insurance | closing protection letter | -50.00 | 2500-000 | | | 34,776.74 |
| | | Title Underwriter's Agency | copy fee | -37.50 | 2500-000 | | | 34,776.74 |
| | | State of Illinois | DFI Policy Fee | -3.00 | 2500-000 | | | 34,776.74 |
| | | Title Underwriter's Agency | Title search | -150.00 | 2500-000 | | | 34,776.74 |
| | | Keller Williams Realty Signature | real estate broker | -1,800.00 | 3510-000 | | | 34,776.74 |
| | | Pioneer Real Estate Services Inc | real estate broker | -1,350.00 | 3510-000 | | | 34,776.74 |
| | | Winnebago County Recorder | county revenue stamps | -22.50 | 2820-000 | | | 34,776.74 |
| | | Winnebago County Recorder | State revenue stamps | -45.00 | 2820-000 | | | 34,776.74 |
| | | Winnebagao County Clerk | 2015 sold tax redemption | -3,543.39 | 4700-000 | | | 34,776.74 |
| | | Rock River Reclamation District | sanitary bill | -76.98 | 2420-000 | | | 34,776.74 |
| | | City of Rockford Water Dept | water bill | -108.11 | 2420-000 | | | 34,776.74 |
| | | Service Plumbing | clear water certificate | -50.00 | 2420-000 | | | 34,776.74 |
| | | Winnebago County Clerk | Take Notice fee | -28.47 | 2500-000 | | | 34,776.74 |
| 11/21/16 | | Title Underwriter's Agency | Take Notice Letter Refund | | 2500-000 | | -28.47 | 34,805.21 |
| 11/22/16 | 101 | Michael Comacho | DEBTOR | | 8100-002 | | 15,000.00 | 19,805.21 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 25.89 | 19,779.32 |
| 01/10/17 | 102 | JOSEPH D. OLSEN | | | 2100-000 | | 3,750.00 | 16,029.32 |
| 01/10/17 | 103 | JOSEPH D. OLSEN | | | 2200-000 | | 497.28 | 15,532.04 |
| 01/10/17 | 104 | Attorney Joseph D Olsen | | | 3110-000 | | 1,595.00 | 13,937.04 |
| 01/10/17 | 105 | MIDLAND FUNDING LLC | | | 7100-000 | | 885.32 | 13,051.72 |
| 01/10/17 | 106 | MIDLAND FUNDING LLC | | | 7100-000 | | 640.03 | 12,411.69 |
| 01/10/17 | 107 | MIDLAND FUNDING LLC | | | 7100-000 | | 601.41 | 11,810.28 |
| 01/10/17 | 108 | MIDLAND FUNDING LLC | | | 7100-000 | | 220.51 | 11,589.77 |
| 01/10/17 | 109 | U.S. Bank National Association | | | 7100-000 | | 2,048.61 | 9,541.16 |
| 01/10/17 | 110 | CREDIT FIRST NA | | | 7100-000 | | 385.77 | 9,155.39 |
| 01/10/17 | 111 | Capital One NA | | | 7100-000 | | 613.16 | 8,542.23 |
| 01/10/17 | 112 | Citibank, N.A. | | | 7100-000 | | 666.12 | 7,876.11 |
| 01/10/17 | 113 | Synchrony Bank | | | 7100-000 | | 1,216.38 | 6,659.73 |
| 01/10/17 | 114 | Comenity Capital Bank/Paypal Credit | | | 7100-000 | | 1,766.82 | 4,892.91 |

Subtotals : $34,776.74    $29,883.83

{} Asset reference(s)

Printed: 02/16/2017 07:59 AM    V.13.28

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 16-81234  
**Case Name:** CAMACHO, MICHAEL J.  
**Taxpayer ID #:** **-***6893  
**Period Ending:** 02/16/17

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******1066 - Checking Account  
**Blanket Bond:** $1,500,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/10/17 | 115 | Wells Fargo Card Services | | 7100-000 | | 3,584.02 | 1,308.89 |
| 01/10/17 | 116 | Portfolio Recovery Associates, LLC | | 7100-000 | | 641.11 | 667.78 |
| 01/10/17 | 117 | Portfolio Recovery Associates, LLC | | 7100-000 | | 253.69 | 414.09 |
| 01/10/17 | 118 | Portfolio Recovery Associates, LLC | | 7100-000 | | 119.21 | 294.88 |
| 01/10/17 | 119 | Portfolio Recovery Associates, LLC | | 7100-000 | | 294.88 | 0.00 |

|  | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | | 34,776.74 | 34,776.74 | $0.00 |
| Less: Bank Transfers | | 0.00 | 0.00 | |
| **Subtotal** | | 34,776.74 | 34,776.74 | |
| Less: Payments to Debtors | | | 15,000.00 | |
| **NET Receipts / Disbursements** | | **$34,776.74** | **$19,776.74** | |

```
Net Receipts :            34,776.74
Plus Gross Adjustments :  10,223.26
Less Payments to Debtor :  15,000.00
                         _____
Net Estate :             $30,000.00
```

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ******1066 | 34,776.74 | 19,776.74 | 0.00 |
| | **$34,776.74** | **$19,776.74** | **$0.00** |